Steven D. Resnick, Esquire
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(954) 462-6700

**United States District Court**
**In the District of New Jersey**

**Cathy Hartney**

       v.

**Zoetis, Inc.**

Case No.:2:24-cv-09698-SDW-AME

## AFFIDAVIT OF CORPORATE SERVICE

I, **Thomas J. Crean, Jr.,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Zoetis, Inc., c/o The Corporation Trust Company** |
| DOCUMENTS SERVED: | **Summons & Complaint** |
| BY SERVING UPON: | **Chimerr Brooks, Person in Charge** |
| DATE & TIME OF SERVICE: | **10/15/2024  2:34 PM** |
| PHYSICAL DESCRIPTION: | **Age: 55**  **Weight: 240**  **Hair: Black** |
| | **Sex: Female**  **Height: 5'6"**  **Race: Black** |
| SERVED ADDRESS: | **1209 N. Orange Street** |
| | **Wilmington, DE 19801** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

GPS: 39.7480166666667;-75.5477888888889

Order #: P221027    Latitude:39.748016
Date: 10/15/24 14:35 PM    Longitude:-75.5477788



Subscribed and sworn before me, a Notary Public, this 15th day of October, 2024

*Melissa Petrowski*

Melissa Petrowski, Notary Public
Bucks County
My Commission expires on: 8/29/2027

Thomas J. Crean, Jr.
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
(215) 977-9393



Order #:P221027